UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE JIMMY CUMBERLAND, *et al.*, <br> *Debtors*. <br> ———————————————— <br> CRYSTAL DUNN, <br> *Appellant*, <br> vs. <br> JIMMY AND VALERIE CUMBERLAND, <br> *Appellees*. | § § § § § § § § § § § § §  CIVIL ACTION H-06-0332 |

### FINAL JUDGMENT

On August 29, 2006, and again on September 14, 2006, this court ordered Crystal Dunn to comply with Bankruptcy Rule 8006, or show cause why this action should not be dismissed. The requirements of Rule 8006 have not been satisfied. Accordingly, for the reasons explained in the court's two prior orders, it is ordered that Crystal Dunn's appeal is DISMISSED.

Signed on September 27, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge